**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 13-7437**

_____

DONTAY MARKEITH WELLS,

Plaintiff – Appellant,

v.

D. FALLEN, Ass Warden sued in official and personal capacity; C. COLLIE, Captain sued in official and personal capacity; K. VINING, SIS Captain sued in official and personal capacity; B. FINNERTY, Lieutenant sued in official and personal capacity; C. HAMER, Mailroom Official sued in official and personal capacity; N. DIAL, Mailroom Official sued in official and personal capacity; S. HACKENBURG, Mailroom Official sued in official and personal capacity; S. TAYLOR, Mailroom Official sued in official and personal capacity; J. BRYANT, Unit Counselor sued in official and personal capacity; UNIT MANAGER KOGER, sued in official and personal capacity; DOCTOR ROSARIO, HSA sued in official and personal capacity; DOCTOR GUEVARA, AHSA sued in official and personal capacity; DOCTOR SAHA, MLP sued in official and personal capacity; DOCTOR LOPEZ, sued in official and personal capacity; JOAN TAPPER, Nurse sued in official and personal capacity; RICHARD VALEZ, Nurse sued in official and personal capacity; N. CLEM, Nurse sued in official and personal capacity; L. RYAN, Nurse sued in official and personal capacity; V. SMITH, Nurse sued in official and personal capacity; AMY BOAKE, Nurse sued in official and personal capacity; MRS. TURNER, Food Service Administrator sued in official capacity; J. KAPRAL, Officer sued in official and personal capacity; J. DUMAIS, Officer sued in official and personal capacity; J. FORD, Officer sued in official and personal capacity; OFFICER SALMON, sued in official and personal capacity; OFFICER BILLINGS, sued in official and personal capacity; OFFICER COLEMAN, sued in official and personal capacity; OFFICER TUCKER, sued in official and personal capacity; OFFICER SIMPKINS, sued in official and personal capacity; Y. GORDON, Officer sued in official and personal capacity; OFFICER BARTON, sued in

official and personal capacity; OFFICER BURKETT, sued in official and personal capacity; J. HARRIOT, Officer sued in official and personal capacity; S. HOWARD, Officer sued in official and personal capacity; OFFICER TOILBERT, sued in official and personal capacity; C. ROUSE, Officer sued in official and personal capacity; OFFICER PEAY, sued in official and personal capacity; J. GREEN, Officer sued in official and personal capacity; OFFICER MUNSON, sued in official and personal capacity; OFFICER MARTINEZ, sued in official and personal capacity; OFFICER EVANS, sued in official and personal capacity; OFFICER STRICKLAND, sued in official and personal capacity; OFFICER RANDOLPH, sued in official and personal capacity; LIEUTENANT HOLLET, sued in official and personal capacity; WARDEN ACOSTA, Ass sued in official and personal capacity; DOCTOR BLOCKER, Clinical Director sued in official and personal capacity; LIEUTENANT BRYANT, sued in official and personal capacity; LIEUTENANT THOMPSON, sued in official and personal capacity; LIEUTENANT JOHNSON, sued in official and personal capacity; LIEUTENANT SANTIAGO, sued in official and personal capacity; LIEUTENANT LEWIS, sued in official and personal capacity; LIEUTENANT-OFFICER BROADWATER, ACT sued in official and personal capacity; LIEUTENANT OLIVER, sued in official and personal capacity; LIEUTENANT BURGESS, sued in official capacity; RAYMOND KELSO, Disciplinary Hearing Officer sued in official and personal capacity; S. LATHROP, Mailroom Unit Manager sued in official and personal capacity; GRIEVANCE COORDINATOR MACKLEBURG, sued in official and personal capacity; NURSE ROGERS, sued in official and personal capacity; OFFICER REESE, sued in official and personal capacity; LIEUTENANT CLARK, sued in official and personal capacity,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Cameron McGowan Currie, Senior District Judge. (0:12-cv-00304-CMC)

———————————

Submitted: November 21, 2013        Decided: November 26, 2013

———————————

Before KING, DUNCAN, and DIAZ, Circuit Judges.

———————————

2

Affirmed by unpublished per curiam opinion.

———————————

Dontay Markeith Wells, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dontay Markeith Wells appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wells v. Fallen, No. 0:12-cv-00304-CMC (D.S.C. Aug. 26, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED